# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

JOHN D. COGBILL,

        Petitioner,

v.                                            CASE NO.  5:09cv399-RH/GRJ

KENNETH S. TUCKER,

        Respondent.

_____/

## ORDER DENYING THE PETITION AND
## DENYING A CERTIFICATE OF APPEALABILITY

This petition for a writ of habeas corpus under 28 U.S.C. § 2254 is before

the court on the magistrate judge's report and recommendation, ECF No. 55 and

the objections, ECF No. 58.  I have reviewed *de novo* the issues raised by the

objections.  The report and recommendation is correct and is adopted as the court's

opinion.

Rule 11 of the Rules Governing § 2254 Cases requires a district court to

"issue or deny a certificate of appealability when it enters a final order adverse to

the applicant."  Under 28 U.S.C. § 2253(c)(2), a certificate of appealability may

issue "only if the applicant has made a substantial showing of the denial of a

constitutional right." *See Miller-El v. Cockrell*, 537 U.S. 322, 335-38 (2003);

*Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000); *Barefoot v. Estelle*, 463 U.S. 880,

893 n.4 (1983); *see also Williams v. Taylor*, 529 U.S. 362, 402-13 (2000) (setting

out the standards applicable to a § 2254 petition on the merits).  As the Court said

in *Slack*:

> To obtain a COA under § 2253(c), a habeas prisoner must make a
> substantial showing of the denial of a constitutional right, a
> demonstration that, under *Barefoot*, includes showing that reasonable
> jurists could debate whether (or, for that matter, agree that) the petition
> should have been resolved in a different manner or that the issues
> presented were " 'adequate to deserve encouragement to proceed
> further.' "

*Slack*, 529 U.S. at 483-84 (quoting *Barefoot*, 463 U.S. at 893 n.4).  Further, in

order to obtain a certificate of appealability when dismissal is based on procedural

grounds, a petitioner must show, "at least, that jurists of reason would find it

debatable whether the petition states a valid claim of the denial of a constitutional

right and that jurists of reason would find it debatable whether the district court

was correct in its procedural ruling."  *Id.* at 484.

The petitioner has not made the required showing.

For these reasons,

IT IS ORDERED:

   1.  The report and recommendation is ACCEPTED.

2.   The clerk must enter judgment stating, "The petition is DENIED with prejudice."

3.   A certificate of appealability is DENIED.

4.   The clerk must close the file.

SO ORDERED on May 21, 2012.

<u>s/Robert L. Hinkle</u>
United States District Judge